E-FILED
Wednesday, 13 January, 2010 11:16:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AUNTERRIO BARNEY,
    Plaintiff,

vs.                                                                                      08-1255

JEFFREY GABOR, et.al.,
    Defendants.

## DISMISSAL ORDER

    This cause is before the court for consideration of the defendants' motion to dismiss the complaint. [d/e 20]. The plaintiff, Aunterrio Barney, has alleged that the defendants used excessive force against him and were deliberately indifferent to his serious medical condition. *See* November 13, 2008 Court Order.

    On December 2, 2008, the plaintiff was informed that he must immediately provide the court with any change in his mailing address or phone number. December 2, 2008 Scheduling Order. "Failure to notify the court of any change in the mailing address will result in the dismissal of this lawsuit, with prejudice." December 2, 2008 Scheduling Order, p. 2.

    The defendants say the plaintiff was released from custody on August 7, 2009. (Def. Mot, p. 1) The plaintiff has failed to notify the court of any change in his mailing address or telephone number. The defendants say they obtained the plaintiff's last known address from the Illinois Department of Corrections and sent a Notice of Deposition to the plaintiff. The plaintiff failed to respond and failed to appear for the deposition. In addition, the plaintiff has failed to file any response to the defendants' motion to dismiss his complaint.

    The plaintiff has apparently lost interest in pursuing this litigation and has failed to abide by the court order requiring him to provide his current address and phone number. The motion to dismiss is therefore granted.

    **IT IS THEREFORE ORDERED that:**

    **1) The defendants' motion to dismiss the complaint is granted pursuant to Federal Rules of Civil Procedure 37(b) and 41(b). [d/e 20] This case is dismissed in its entirety with prejudice.**

    **2) Although the plaintiff's case has been dismissed and he has apparently been**

1

**released from custody, he is still responsible for full payment of the $350 filing fee.**

Entered this 13th day of January, 2010.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE